

ORDERED in the Southern District of Florida on February 16, 2017.

*[signature]*

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA – WEST PALM BEACH DIVISION**

                                                      **CASE NO. 16-21912-EPK**
                                                      **CHAPTER 13**

**IN RE:**

**Luis Javier Reategui,**
        **Debtor(s)**
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY IN FAVOR OF BOSCO CREDIT II TRUST SERIES 2010-1**
(*9498 S MILITARY TRAIL #1, BOYNTON BEACH, FLORIDA 33436*)

      **THIS CASE** came before the Court on Febrary 13, 2017 at 1:00 PM upon the Motion for Relief from the Automatic Stay (Docket No. 36) filed by Bosco Credit II Trust Series 2010-1, its Successors and/or Assigns ("Secured Creditor")**.** The Court having heard argument of counsel and based on the record, it is

      **ORDERED:**

      1.    Secured Creditor's Motion for Relief from the Automatic Stay is GRANTED

      2.    The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at **9498 S Military Trail #1, Boynton Beach, Florida 33436**, and legally described as:

UNIT 1, KENSINGTON GARDENS CONDOMINIUM, A CONDOMINIUM PURSUANT TO THE DECLARATION OF CONDOMINIUM, RECORDED AT OFFICIAL RECORDS BOOK 14184, PAGE 655, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA

3. This Order lifting the automatic stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies as to the property described above and said Creditor shall neither seek nor obtain an *in personam* judgment against the Debtor.

4. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

###

**Submitted by:**

Taji Foreman, Esquire
Attorney for Secured Creditor
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 356-1672
Telefacsimile: (954) 382-5380

*Taji Foreman, Esquire is directed to serve copies of this order on the parties listed below and to file the certificate of service of order.*

15-03150 FCMC
V2.20151217

**Copies furnished to:**

Taji Foreman, Esquire
Attorney for Secured Creditor
8201 Peters Road, Suite 3000
Plantation, Florida 33324


Luis Javier Reategui
9498 S Military Trail #1
Boynton Beach, Florida 33436

Ricardo Corona, Esq.
Attorney for Debtor(s)
3899 NW 7th Street, Second Floor
Miami, Florida 33126

Robin Weiner, Trustee
P.O. Box 559007
Fort Lauderdale, Florida 33355

U.S. Trustee
Office of the US Trustee
51 SW 1 Avenue, Suite 1204
Miami, Florida  33130

15-03150 FCMC
V2.20151217