

**ORDERED in the Southern District of Florida on March 13, 2017.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:           CASE NO.: 16-21912-EPK
LUIS J. REATEGUI            CHAPTER: 13

      Debtor,
_____/

## AGREED ORDER SUSTAINING IN PART AND DENYING IN PART OBJECTION TO CLAIM 2-1, DE # 28

**THIS CAUSE** having come before the court upon the Debtor, **LUIS J. REATEGUI,** Objection to Claim Number 2-1 (D.E. #28), having been advised the parties have reached an agreement, this court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** that **LUIS J. REATEGUI**'s objection to the claim is hereby

**SUSTAINED in PART and DENIED in PART.**

1) Claim 2-1 will be allowed but is reduced to **$17,000.00**.

###

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 266-1150 Phone

Ricardo Corona, Esq. shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).