UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach)

CASE NO.: 16-21912-EPK
CHAPTER 13

IN RE:    LUIS JAVIER REATEGUI

*Debtor*

## NOTICE OF PAYMENT CHANGE

COMES NOW, **KENSINGTON GARDENS CONDOMINIUM ASSOCIATION, INC.** (the "Association"), a secured creditor, by and through its attorneys, ROSSIN & BURR, PLLC, hereby gives notice under Local Rule 3070-1(B)(1)(a), that the quarterly COA payments have increased to $324.00, effective January 1, 2018, for a total of $1,296.00 annually.

The secured creditor requests that the necessary action be taken to ensure that the correct payments are provided for by the debtor. Any questions regarding this change should be directed to Rossin & Burr, PLLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, April 24, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and a true and correct copy of the foregoing has been served via CM/ECF or U.S. Mail upon the following:

**Debtor via 1st class mail**: Luis Javier Reategui, 9498 S. Military Trail, Unit 1, Boynton Beach, FL  33436

**Attorney for Debtor via email**: Ricardo Corona, Esquire, bk@coronapa.com

**Chapter 13 Trustee via email**: ecf@ch13weiner.com; ecf2@ch13weiner.com

**Office of the US Trustee via email**: USTPRegion21.MM.ECF@usdoj.gov

2147.50002/20081550

**Bosco Credit II Trust Series 10-00001 via email**: Kevin A. Comer, Esquire; kevin.comer@mccalla.com

**Bosco Credit II Trust Series 10-00001 via email**: Taji S. Foreman, Esquire; tforeman@kahaneandassociates.com

**Kensington Gardens Condominium Association, Inc. via email**: Tania Ochoa, Esquire; ochoalawecf@gmail.com

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth Local Rule 2090-1(A).

                                                 ROSSIN & BURR, PLLC
                                                 Attorneys for Creditor
                                                 1550 Southern Blvd., Suite 100
                                                 West Palm Beach, FL  33406
                                                 Phone:  (561) 839-2959
                                                 Fax: (561) 249-1306
                                                 Email: rbb@rossinburrlaw.com


                                                 By: */s/ Robert B. Burr*
                                                 Florida Bar No. 820687