Fill in this information to identify the case:

Debtor 1  LUIS JAVIER REATEGUI

Debtor 2  N/A
(Spouse, if filing)

United States Bankruptcy Court for the Southern District of Florida

Case number  16-21912-EPK

Official Form 410S1 (as modified for Condominium Association's assessment payments)

# Notice of Condominium Association Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KENSINGTON GARDENS CONDOMINIUM ASSOCIATION, INC.

**Court claim no.** (if known): __2__

**Last 4 digits** of any number you use to identify debtor's account:  1550

**Date of payment change:**
Must be 21 days after date  01/01/2021
Of this notice

**New total payment: $340.00**
Principal, interest and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   _X_ No
   ___ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____

   Current escrow payment: $ _____  New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   _X_ No
   ___ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____

   Current interest rate: _____% New interest rate: _____%

   Current principal and interest payment: $ _____  New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's assessment payment for a reason not listed above?**

   ___ No
   _X_ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change:___ Change in annual budget for KENSINGTON GARDENS CONDOMINIUM ASSOCIATION, INC.._____

   **Current monthly assessment payment: $ _$324.00_**

   **New monthly assessment payment: $ _$340.00_**

Debtor 1 __LUIS JAVIER REATEGUI__    Case number (if known) ____16-21912-EPK__
        First Name    Middle Name   Last Name

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

___ I am the creditor.

_X_ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X __/s/ Robert B. Burr__    Date __12-9-20__
    Signature

Print: __Robert B. Burr, Esquire__    Title __Attorney__
      First Name   Middle Name   Last Name

Company __Rossin & Burr, PLLC__

Address __1550 Southern Blvd., Suite 100__
      Number      Street

      __West Palm Beach__    __FL__    __33406__
      City                 State   ZIP Code

Contact phone __561-655-8994__    Email __RBB@rossinburrlaw.com__

Official Form 410S1 (as Modified)    Notice of Condominium Association Payment Change