

**ORDERED in the Southern District of Florida on July 26, 2021.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                   CASE NO.: 16-21912-EPK
LUIS J. REATEGUI                     CHAPTER: 13

    Debtor,
_____/

**AGREED ORDER ON OBJECTION TO NOTICE OF PAYMENT CHANGE, DE # 81**

**THIS CAUSE** having come before the court upon the Debtor, **LUIS J. REATEGUI**, Objection to Notice of Payment Change (D.E. #81), having been advised the parties have reached an agreement, this court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** that **LUIS J. REATEGUI**'s objection to Notice of Payment Change to the claim is hereby

**SUSTAINED in PART and DENIED in PART.**

1) Due to a Notice of Payment Change that was not properly filed and connected to Claim 2-1, the Debtor will be short about $1584.21 on the total of the regular payments.

2) Due to the fact that the Debtor is at the end of his bankruptcy, the parties have agreed that the shortness will be addressed outside of the bankruptcy.

3) Beginning on October 2021, in addition to the regular payment of $340.00, the Debtor will make additional payments of $242.86 for 6 months and one payment of $127.05 on the seventh month.

4) After seven months, the Debtor will be current with the Association and continue to make his regular monthly association payment.

5) The Debtor will have the authority to communicate directly with the Association to provide the payments and make arrangements.

###

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 266-1150 Phone

Ricardo Corona, Esq. shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).